1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HENRY JAMES,

              Plaintiff,

    v.

H-MART NORTHWEST
HEADQUARTERS OFFICE, *et al.*,

              Defendants.

Case No. C23-242 RAJ

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    This case is DISMISSED without prejudice.

    (3)    Plaintiff's application to proceed *in forma pauperis* (dkt. # 1) is DENIED as moot.

1    The Clerk is directed to send copies of this Order to the parties and to Judge

2  Peterson.

3    Dated this 23rd day of March, 2023.

4

5

6                                    The Honorable Richard A. Jones
                                     United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2